*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
KISOR, BURGTORF, and FLINTOFT
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**ALEENA J. ANDERSON**
Master-At-Arms Seaman (E-3), U.S. Navy
*Appellant*

**No. 202600020**

_____

Decided: 17 July 2026

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Benjamin D. Adams

Sentence adjudged 22 September 2025 by a special court-martial tried at Naval Station Mayport, Florida, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: No punishment.

For Appellant:
*Lieutenant Colonel Gegory P. Adams, USMC*

———————————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

———————————————

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[1]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

_____

[1] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.